**MALAMUT & ASSOCIATES, LLC**
457 Haddonfield Road, Suite 500
Cherry Hill, NJ 08002
856-424-1808
856-424-2032 (f)
*Attorneys for Plaintiff*

| | | |
|---|---|---|
| MAYSOON PARK - HUATUCO<br><br>Plaintiff<br><br>v.<br><br>LOWER MERION SCHOOL DISTRICT<br><br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF PA<br><br>*Civil Action*<br><br>COMPLAINT AND<br>JURY DEMAND |

Plaintiff, Maysoon Park - Huatuco, by and through her attorneys Malamut & Associates, LLC, complaining of the defendants, deposes and says:

**PARTIES, JURISDICTION AND VENUE**

1. Plaintiff Maysoon Park is an adult individual who, at all times material hereto, resided in the Commonwealth of Pennsylvania. At all relevant times, she was employed by the Defendant. She is a citizen of the Commonwealth of Pennsylvania

2. Defendant Lower Merion School District("Defendant") was at all relevant times Plaintiff's employer.

3. The Eastern District of Pennsylvania has general and personal jurisdiction over both parties, as it is the district of residence for the Plaintiff and a district where Defendant does business. Venue for this action properly lies in the Eastern District because it is the district where the events underlying the complaint took place.

4. Subject matter jurisdiction is appropriate as the parties are diverse and the claim is worth over $75,000.

**FIRST COUNT**

5. Plaintiff repeats and realizes each allegation of the previous sections/counts as if fully set forth herein at length.
6. Plaintiff is a racial minority, protecting her under 42 USC 1983 and 42 USC 1981.
7. Plaintiff worked for Defendant on multiple occasions as a long term substitute.
8. At all relevant times, Plaintiff performed her job well.
9. However, whenever a full time position became available, she was not hired.
10. Instead, the school district prioritized hiring caucasian teachers.
11. Despite being extremely qualified and having a great experience working there, Plaintiff was never hired.
12. She continued to apply to jobs following her long term substitution, up through July of 2024.
13. Plaintiff patiently waited to hear on these applications.
14. While a couple job postings were updated as filled, others remained open, leading Plaintiff to believe she had a chance at these jobs.
15. The 2024-2025 school year started, Plaintiff resigned to the fact she must not be receiving the full time positions that she had applied to.
16. As the fall of 2024 went on, Plaintiff still hadn't heard about some of the long term substitute positions, again left to assume she was not going to be hired for any of her pending job applications.

17. This culminated a years long effort for Plaintiff to secure long term employment at Defendant, wherein she was only ever considered for temporary spots.
18. With her performance and experience, her race, ethnicity, and nationality compared to the permanent teachers at the Defendant are the only explanation.
19. Defendant's conduct violated 42 USC 1983 and 42 USC 1981 by denying her economic opportunities and jobs based on her race, nationality, and ethnicity.
20. Plaintiff suffered emotional distress, upset, and humiliation due to her wrongful termination.
21. Plaintiff suffered and continues to suffer financial loss due to Defendant's actions.
22. In addition, the financial loss contributes to Plaintiff's distress, upset, and humiliation.
23. Lastly, the intentional and malicious actions of the Defendant and Defendant's upper-level managers justify the imposition of punitive damages.

**WHEREFORE**, the Plaintiff, Maysoon Park Huatuco, demands judgment against the Defendants Lower Merion School District for damages; losses; emotional harm, embarrassment and upset; psychological injuries; interest; costs; equitable relief; injunctive relief; reinstatement; attorneys' fees; costs of suit; experts' fees; punitive damages; any and all relief provided for by Pennsylvania Human Relations Act; and any and all relief that the Court deems just and proper.

**MALAMUT & ASSOCIATES, LLC**

/s/ Mark R. Natale
Mark R. Natale, Esquire
*Attorneys for Plaintiff*